MICHAEL J. HEYMAN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: stephan.collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDISON MINYETTY,<br><br>Defendant. | No. 3:26-cr-00047-SLG-KFR<br><br>COUNT 1:<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>  Vio. of 21 U.S.C. § 841(a)(1) and (b)(1)(C)<br><br>COUNT 2:<br>DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>  Vio. of 21 U.S.C. § 841(a)(1) and (b)(1)(B)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  21 U.S.C. § 853(a)(1) & (2), 28 U.S.C. § 2461, and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

//

//

## COUNT 1

On or about August 19, 2025, within the District of Alaska, the defendant, EDISON MINYETTY, did knowingly and intentionally distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propanamide, commonly known as fentanyl.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT 2

On or about August 25, 2025, within the District of Alaska, the defendant, EDISON MINYETTY, did knowingly and intentionally distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propanamide, commonly known as fentanyl.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant, EDISON MINYETTY, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in

Case 3:26-cr-00047-SLG-KFR *SEALED* Document 2 Filed 05/20/25 Page 2 of 4

any manner or part, to commit, or to facilitate the commission of, the offenses, including a forfeiture money judgment equal to the value of the property.

If any of the property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been comingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to and intends to seek forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

//

//

//

//

//

//

//

//

//

//

Case 3:20-cr-00047-SERG *SEALED* Document 2 Filed 05/20/20 Page 3 of 4

All pursuant to 21 U.S.C. § 853(a)(1) & (2), 28 U.S.C. § 2461, and Federal Rules of Criminal Procedure 32.2(a).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Stephan A. Collins
STEPHAN A. COLLINS
Assistant U.S. Attorney
United States of America


s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America


DATE:   May 19, 2026

Case 3:26-cr-00047-SLG *SEALED* Document 2 Filed 05/20/26 Page 4 of 4